UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARGARET M. BENIGNO,
*Plaintiff* : CA 05 061 T

VS. : C. A. NO.:

UNITED STATES OF AMERICA,
*Defendant* :

**COMPLAINT**

1. Plaintiff Margaret M. Benigno is a resident of Newport, Rhode Island.

2. At all times herein mentioned, the pharmacy personnel and staff who were responsible for providing prescription medication to Margaret M. Benigno at the Naval Ambulatory Care Center Pharmacy in Newport, Rhode Island were agents, servants, and employees of Defendant United States of America.

3. In rendering these pharmacy services to Margaret M. Benigno, said employees of Defendant acted within the scope of their employment and with the permission of Defendant. Defendant exercised exclusive control and supervision over its agents, servants, and employees and has the right to employ and discharge said agents, servants, and employees.

**JURISDICTION**

1. On or about February 13, 2004, Plaintiff Margaret M. Benigno filed a Standard Form 95 Claim with the Naval Ambulatory Care Center. The claim filed by Margaret M. Benigno requests damages in the amount of Two Million Dollars

($2,000,000). Plaintiff filed this Standard Form 95 Claim pursuant to provisions of the Federal Tort Claims Act, 28 U.S.C. § 2671 et seq.

2. Approximately eleven months have passed since filing of this claim. To date, the government has failed to make a final disposition of this claim. Thus, this suit is timely filed pursuant to 28 U.S.C. § 2675(a).

3. Jurisdiction is vested in this Court pursuant to 28 U.S.C. § 1346(b) and § 2671 et seq.

## COUNT I

## NEGLIGENCE

1. On or about February 16, 2002 and at various times thereafter, Defendant through its agents, servants, and employees, undertook for valuable consideration to provide pharmacy services to Plaintiff Margaret M. Benigno at the Naval Ambulatory Care Center Pharmacy in Newport, Rhode Island.

2. It then and there became the duty of Defendant United States of America through its agents, servants, and employees, to exercise that degree of care and skill that is expected of reasonably competent pharmacy personnel.

3. Nevertheless, Defendant, by and through its agents, servants, and employees, failed to exercise the requisite degree of care and skill in that Plaintiff Margaret M. Benigno received an improper dosage of medication beyond that ordered by her prescribing physician from the Naval Ambulatory Care Center Pharmacy in Newport, Rhode Island.

4. As a result of these negligent pharmacy services, Margaret M. Benigno suffered severe personal injuries, including but not limited to her March 15, 2002 seizure and resulting cognitive problems.

5. As a direct and proximate result of the negligence of the agents, servants, and employees of Defendant, Plaintiff Margaret M. Benigno was severely and permanently injured, she has suffered and will in the future suffer bodily injury, loss of enjoyment of life, and has and will in the future become liable to pay large sums of money for medical treatment and hospital attention and was and is otherwise injured.

WHEREFORE, Plaintiff Margaret M. Benigno demands judgment against Defendant United States of America for compensatory damages, plus interest and costs.

PLAINTIFF,
MARGARET M. BENIGNO

By her Attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

Jennifer A. Barry
Jennifer A. Barry RI Bar No. 5627

Dated: February 15, 2005

Benigno/P001