AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

DISTRICT OF RHODE ISLAND

MARGARET M. BENIGNO,
Plaintiff

V.

UNITED STATES OF AMERICA,
Defendant

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: [illegible]A 05 061 T

TO: (Name and Address of Defendant)
ROBERT CLARK CORRENTE, ESQ.
UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
DISTRICT OF RHODE ISLAND
FLEET CENTER
50 KENNEDY PLAZA, 8TH FLOOR
PROVIDENCE, RI 02903

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)
Jennifer A. Barry, Esq. (RI Bar No. 5627)
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 2/15/05

BY DEPUTY CLERK

2

FEB 17 2005

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 2/16/05 |
|---|---|
| NAME OF SERVER KENNETH R NORISIAN | TITLE FEDERAL COURT PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): ✓ Accepted for United States Attorney Robert C. Corrente, only. [signature] A.C. DiGioia 2/16/05 11:12 am

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 45 | 45 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/16/05
*Date*

[signature]
*Signature of Server*

1845 ATWOOD AVE
*Address of Server*
JOHNSTON RI 029

FILED
2005 FEB 18 A 10:3
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.