**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MARGARET M. BENIGNO,** | : | |
| **Plaintiff** | : | **Civil Action No. CA-05 061T** |
| **v.** | : | |
| **UNITED STATES OF AMERICA,** | : | |
| **Defendant** | : | |

**ANSWER**

The United States of America, by and through undersigned counsel, in answer to the complaint, states as follows:

**AFFIRMATIVE DEFENSES**

FIRST DEFENSE

The complaint fails to state a claim upon which relief can be granted.

SECOND DEFENSE

All injuries and damages alleged by plaintiff were sustained without any negligence, fault, or want of care on the part of defendant.

THIRD DEFENSE

All injuries and damages alleged by plaintiff as giving rise to this action were caused by the negligence or failure to exercise due care on the part of Plaintiff.

FOURTH DEFENSE

In the event defendant is found to be negligent, which negligence the defendant denies, the negligence of plaintiff contributed to causing the alleged injuries and damages and any recovery by plaintiff must be proportionally reduced.

3

FIFTH DEFENSE

Plaintiff's damages, if any proven, are limited to the amount demanded in the administrative claim pursuant to 28 U.S.C. § 2675(b).

SIXTH DEFENSE

The United States is not liable for interest prior to judgment or for punitive or special damages, pursuant to 28 U.S.C. § 2674.

SEVENTH DEFENSE

Plaintiff is not entitled to a jury trial for claims arising under the Federal Tort Claims Act, pursuant to 28 U.S.C. § 2402.

EIGHTH DEFENSE

Defendant claims all defenses, rights and privileges available to defendants in medical malpractice cases under the law of the State of Rhode Island, including but not limited to the collateral source rule codified at R.I. Gen. Laws § 9-19-34.

NINTH DEFENSE

Defendant United States has the benefit of its status of sovereign together with all privileges and immunities which inure to said status.

TENTH DEFENSE

Defendant United States has the benefit of express and implied exceptions to its statutory waiver of sovereign immunity.

ELEVENTH DEFENSE

Plaintiff's claims are barred by the statute of limitations.

TWELFTH DEFENSE

In answer to the numbered paragraphs of plaintiff's complaint, defendant responds as follows:

1. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph one of the complaint.

2. Defendant admits the allegations contained in paragraph two of the complaint.

3. Defendant admits the allegations contained in paragraph three of the complaint.

JURISDICTION

1. Defendant denies the allegations contained in paragraph one in that section of the complaint entitled "jurisdiction".

2. Defendant denies the allegations contained in paragraph two in that section of the complaint entitled "jurisdiction", but states that plaintiff has waited the requisite six months for the filing of this suit.

3. The allegations contained in paragraph three in that section of the complaint entitled "jurisdiction", state a legal conclusion to which no response is required. To the extent paragraph three is deemed to contain factual allegations, they are denied.

COUNT I

1. Defendant admits the allegations contained in paragraph one of count I of the complaint.

2. Defendant admits the allegations contained in paragraph two of count I of the complaint.

3. Defendant denies the allegations contained in paragraph three of count I of the

complaint.

4. Defendant denies the allegations contained in paragraph four of count I of the complaint.

5. The allegations contained in paragraph five of count I of the complaint, contain conclusions of law to which no response is required. To the extent paragraph five of count I is deemed to contain factual allegations which require a response, they are denied.

WHEREFORE, Defendant, respectfully requests that this Court enter judgment in its favor, dismissing the Complaint, awarding defendant its costs for defense of this action, and awarding such other relief as this Court considers just and proper.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

ROBIN E. FEDER #3415
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 509-7000

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2005, I forwarded a copy of Defendant's Answer, by postage prepaid mail, to Jennifer A. Barry, Esq., Decof and Decof, One Smith Hill, Providence, RI 02903.