UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARGARET M. BENIGNO, *Plaintiff* | : | |
| VS. | : | C. A. NO.: 05-061T |
| UNITED STATES OF AMERICA, *Defendant* | : | |

**ENTRY OF APPEARANCE**

I, John S. Foley, Esq., hereby enter my appearance for the plaintiff, Margaret M. Benigno.

John S. Foley Bar No. 2060
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within document was sent by regular mail, postage prepaid, from Decof & Decof, P.C., One Smith Hill, Providence, RI 02903, to **Robert Clark Corrente, Esq.**, United States Attorney, and **Robin E. Feder, Esq.**, Assistant U.S. Attorney, United States Attorney's Office, District of Rhode Island, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903, on this 13th day of December, 2005.

Benigno P007