UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARGARET M. BENIGNO, *Plaintiff* | : | |
| VS. | : | C. A. NO.: 05-061T |
| UNITED STATES OF AMERICA, *Defendant* | : | |

**PLAINTIFF'S STATEMENT OF ELEMENTS OF CLAIM**

This statement is submitted in response to the Court's November 29, 2005 directive that counsel submit a statement enumerating, with citations, the elements of proof of each claim asserted. Plaintiff's cause of action is for negligence, the elements of which under Rhode Island law[1] are:

1. the existence of a legal duty owed by the defendant to the plaintiff;
2. a breach of the duty owed;
3. that the breach was a proximate cause of plaintiff's injury; and
4. that plaintiff suffered actual loss or damage as the result of defendant's breach.

Splendorio v. Bilray Demolition Co., Inc., 682 A.2d 461 (R.I. 1996); Liu v. Striuli, 36 F. Supp. 2d 452 (D.R.I. 1999).

---

[1] This case is filed under the Federal Tort Claims Act. Therefore, the applicable law is "the law of the place where the act or omission occurred." 28 U.S.C. § 1346(b)(1).

PLAINTIFF,
MARGARET M. BENIGNO

By her Attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

John S. Foley Bar No. 2060
Jennifer A. Barry Bar No. 5627

## CERTIFICATION

I hereby certify that a true and accurate copy of the within document was sent via regular mail, postage prepaid, from the law offices of Decof & Decof, P.C., One Smith Hill, Providence, RI 02903, to **Robert Clark Corrente, Esq.**, United States Attorney, and **Robin E. Feder, Esq.**, Assistant U.S. Attorney, United States Attorney's Office, District of Rhode Island, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903, on this 14th day of December 2005.

Benigno/P006