UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARGARET M. BENIGNO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-061T |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

**DISMISSAL STIPULATION**

Plaintiff Margaret M. Benigo and Defendant United States of America, by and through their undersigned counsel, hereby stipulate and agree that plaintiff's complaint against the United States of America, is voluntarily dismissed by plaintiff with prejudice, each party to bear her or its own fees, costs, and expenses.

/s/ Robin E. Feder
ROBIN E. FEDER, #3415
Assistant U.S. Attorney
Attorney for Defendant
Fleet Building, 8th Floor
50 Kennedy Plaza
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: robin.feder@usdoj.gov

/s/ John S. Foley
JOHN S. FOLEY, ESQ.
JENNIFER A. BARRY, ESQ.
DECOF and DECOF
Attorney for Plaintiff
One Smith Hill
Providence, RI 02903
(401) 272-1110
Email: jsf@decof.com